UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.  04-55033-659 |
| | ) | Chapter 7 |
| KEVIN P. MCCANDLESS, and | ) | |
| KATHLEEN A. MCCANDLESS, | ) | Hearing Date:   October 21, 2013 |
| | ) | Response Due:   October 14, 2013 |
| Debtors. | ) | Hearing Time:    10:00 |
| | ) | Location:  Courtroom 7 North |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the foregoing **Objection to Proof of Claim No. 9** is set for hearing before the Honorable Kathy Surratt-States on the 21st day of October, 2013 at 10:00 a.m. in the U.S. Bankruptcy Court, Thomas F. Eagleton Courthouse, Courtroom No. 7 North, 111 S. 10th Street, St. Louis, Missouri 63102.

**WARNING**:  You may file a written response to this Objection.  Pursuant to L.R. 3007, any response to this Objection must be filed **no later than seven (7) days before the hearing** on the Objection.  Your response must be filed with the Clerk of the Bankruptcy Court, Thomas F. Eagleton Courthouse, 111 S. 10th Street, Fourth Floor, St. Louis, Missouri 63102, and a copy thereof mailed to the Trustee.  **IF YOU DO NOT TIMELY FILE A WRITTEN RESPONSE, THEN THE COURT MAY ISSUE SUCH ORDERS AS ARE APPROPRIATE WITHOUT FURTHER HEARING**.

### OBJECTION TO CLAIM

COMES NOW Tracy A Brown, Trustee in Bankruptcy herein and objects to Claim No. 9 in the amount of $4,100 filed by ECast Settlement Corp, Assignee for Household Bank (Hellig Myers/Fowler's).  Trustee objects to the claim in the amount of $4,100 for the reason that Creditor has not provided sufficient supporting documents to verify the validity of the Claim.

WHEREFORE, Trustee prays for an Order denying Claim No. 9 as filed.

The Law Office of Tracy A. Brown, P. C.

By:  /s/
Tracy A. Brown #47074MO
Trustee in Bankruptcy
1034 S. Brentwood Blvd, Suite 1830
St. Louis, MO  63117
tab7@bktab.com
(314) 644-0303
(314) 644-0333 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served either through the Court's ECF system or by regular mail this 11th day of September, 2013 on the following:

Kevin P. McCandless
Kathleen A. McCandless
Debtors
4708 Candace Drive
St. Louis, MO 63123

Greg A. Luber
Attorney for Debtors
501 First Capitol Drive
St. Charles, MO 63301

ECast Settlement Corp.
Assignee of Household Bank (Hellig Meyers/Fowlers)
P.O. Box 7447-6971
Philadelphia, PA 19170-6971

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

/s/
Debbie Gibson