UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.  04-55033-659 |
| | ) | Chapter 7 |
| KEVIN P. MCCANDLESS, and | ) | |
| KATHLEEN A. MCCANDLESS, | ) | Hearing Date:   October 21, 2013 |
| | ) | Response Due:  October 14, 2013 |
| Debtors. | ) | Hearing Time:   10:00 |
| | ) | Location: Courtroom 7 North |

At St. Louis, in this District.

The Trustee's Objection to Claim No. 9 filed on behalf of ECast Settlement Corp. Assignee for Household Bank (Hellig Myers/Fowlers) coming for hearing after Notice to Claimant; no responses having been filed, upon consideration of the record as a whole, it is,

ORDERED that Trustee's objection be and it is hereby sustained.  Claim No. 9 is hereby denied as filed.

*/s/ Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:  October 17, 2013
St. Louis, Missouri
jjh

Order prepared by:

Tracy A. Brown
Trustee in Bankruptcy
1034 S. Brentwood Blvd, Suite 1830
St. Louis, MO  63117
tab7@bktab.com
(314) 644-0303
(314) 644-0333 fax

Copies to:

Kevin P. McCandless
Kathleen A. McCandless
Debtors
4708 Candace Drive
St. Louis, MO 63123

Greg A. Luber
Attorney for Debtors
501 First Capitol Drive
St. Charles, MO 63301

ECast Settlement Corp.
Creditor
Assignee of Household Bank/Hellig Meyers/Fowlers)
P.O. Box 7447-6971
Philadelphia PA 19170-6971

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

/s/
Debbie Gibson

F:\14 TRUSTEE\CASES\McCandless, Kevin\0455033659 McCandless order - claim objection - claim 9.doc